UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DEBORAH D. WILLIAMSON | ) | |
| | ) | |
| V. | ) | NO. 2:11-CV-345 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

## **REPORT AND RECOMMENDATION**

The plaintiff has filed a motion for attorney's fees under the Equal Access to Justice Act. (Doc. 22). The Commissioner has responded that he has no objection; *see*, Document 24.

The court has reviewed counsel's attached billing log, and all attorney and paralegal time claimed therein appears to be reasonable. Likewise, the hourly rates claimed by plaintiff's attorney are reasonable. Therefore, the magistrate judge reports that the requested fee of $2393.53 is reasonable. It is recommended that an order awarding a fee to plaintiff in that amount be filed.

Respectfully submitted,

                                                                  s/ Dennis H. Inman
                                                United States Magistrate Judge