UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DEBORAH D. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 2:11-CV-345 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

## ORDER

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 25], concerning plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), see 28 U.S.C. § 2412(d), [Doc. 22], it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion for attorney's fees is GRANTED, [Doc. 22]. Accordingly, plaintiff is awarded a fee in the amount of $2,393.53.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE